■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PARRIS FRANCE, Appellant. [849 NYS2d 188]—Judgment, Supreme Court, New York County (Marcy L. Kahn, J.), rendered on or about October 7, 2005, unanimously affirmed. No opinion. Order filed. Concur—Mazzarelli, J.P., Andrias, Catterson and McGuire, JJ.